In the Matter of the Accounting of the UNITED STATES
TRUST COMPANY OF NEW YORK, as Trustee of Trusts
Created by the Will of THERON R. BUTLER, Deceased,
Appellant.

ALICE G. HOFFMAN, Respondent.

*Decedent's estate — trusts — accounting — apportionment of proceeds of
sale of stock between principal and income.*

*Matter of U. S. Trust Co. (Butler)*, 190 App. Div. 494, affirmed.

(Argued June 7, 1920; deided July 7, 1920.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the first judicial department,
entered January 30, 1920, which reversed a decree of
the New York County Surrogate's Court settling the
accounts of the substituted trustee under the will of
Thereon R. Butler, deceased. Objections to the account
were filed on behalf of two of the life beneficiaries, which
presented only one question for determination, namely,
the proper disposition of the proceeds of the sale by the
trustee of 2,100 shares of the stock of the Lake Shore
and Michigan Southern Railway Company at the price
of $500 per share, aggregating $1,050,000. The trustee
credited the entire proceeds of this sale to the capital
of the trust estate, and the life beneficiaries in their
objections to the trustee's account claimed that some
portion of the proceeds of the sale should have been
credited to income and paid over to the life beneficiaries.
The matter was referred to a referee, who made a report
sustaining in part the objections to the trustee's account
and directing the transfer from principal to income of
$261,471, being $124.51 of the proceeds of each share of
such stock sold by the trustee. The latter filed excep-
tions to the report and these objections were sustained by
the surrogate and a decree entered settling the account of
the trustee as filed, overruling the objections thereto and
holding that the entire proceeds of the sale by the trustee
of the said 2,100 shares of the stock of the Lake Shore
and Michigan Southern Railway Company should be
credited to the principal of the trust estate. The Appel-

late Division reversed the decree of the Surrogate's Court and directed the surrogate to enter a decree confirming the report of the referee.

*George L. Shearer* for appellant.

*Charles P. Howland* and *Herbert K. Stockton* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, McLAUGHLIN, ANDREWS and ELKUS, JJ.